AO 91 (Rev. 11/11)  Criminal Complaint

# UNITED STATES DISTRICT COURT
for the

District of Columbia

| | |
|---|---|
| United States of America<br>v.<br>Paul Kovacik<br>DOB: XXXXXX<br><br>*Defendant(s)* | Case: 1:24-mj-00228<br>Assigned To : Judge G. Michael Harvey<br>Assign. Date : 7/23/2024<br>Description: COMPLAINT W/ARREST WARRANT |

## CRIMINAL COMPLAINT

I, the complainant in this case, state that the following is true to the best of my knowledge and belief.

On or about the date(s) of __November 1, 2023__ in the county of _____ in the _____ in the District of __Columbia__, the defendant(s) violated:

*Code Section* — *Offense Description*

18 U.S.C. § 3146(a)(2) - Failure to Surrender for Service of Sentence Pursuant to a Court Order.

This criminal complaint is based on these facts:

See attached statement of facts.

☒ Continued on the attached sheet.

_____
*Complainant's signature*

_____
*Printed name and title*

Attested to by the applicant in accordance with the requirements of Fed. R. Crim. P. 4.1 by telephone.

Date: 07/23/2024

_____
*Judge's signature*

City and state: Washington, D.C.    G. Michael Harvey, U.S. Magistrate Judge
*Printed name and title*